**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TIMOTHY M. BROUSE | : | No. 327 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JAMES E. BROUSE, DANIEL G. BROUSE AND CHRISTOPHER J.P. BROUSE | : | |
| | : | |
| | : | |
| PETITION OF: DANIEL G. BROUSE AND CHRISTOPHER J. P. BROUSE | : | |
| | : | |
| TIMOTHY M. BROUSE | : | No. 328 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JAMES E. BROUSE, DANIEL G. BROUSE AND CHRISTOPHER J.P. BROUSE | : | |
| | : | |
| | : | |
| PETITION OF: DANIEL G. BROUSE AND CHRISTOPHER J. P. BROUSE | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 21st day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.